**Dismissed and Memorandum Opinion filed November 25, 2014.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-14-00794-CR

---

### DONNEATHA FRANK, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

### On Appeal from the 262nd District Court
### Harris County, Texas
### Trial Court Cause No. 1435874

---

### M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to delivery of less than one gram of cocaine. In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant to confinement for seven months in the State Jail Division of the Texas Department of Criminal Justice. We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no

right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

    Accordingly, we dismiss the appeal.


PER CURIAM


Panel consists of Justices McCally, Brown, and Wise.
Do Not Publish — Tex. R. App. P. 47.2(b)